IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSHUA S. FARNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-310-NJR-DGW |
| | ) | |
| WARDEN STEPHEN DUNCAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On October 24, 2016, Defendants served upon Plaintiff discovery requests related to the issue of exhaustion of administrative remedies (Doc. 20).  Plaintiff did not respond by the November 23, 2016 deadline.  After having attempted to confer, Defendants now seek to compel responses (Doc. 24).  Plaintiff has not responded to the motion.  The Motion is **GRANTED IN PART** (Doc. 24).  Plaintiff shall respond to the written discovery requests by **February 10, 2017**.  Plaintiff is **WARNED** that the failure to respond to the discovery requests by the deadline may result in sanctions outlined in Federal Rule of Civil Procedure 37(b)(2) including dismissal of this lawsuit.

Defendant's motion to stay (Doc. 25) is **GRANTED IN PART**.  Dispositive motions on exhaustion are now due by **February 24, 2017**.  The Pavey Evidentiary Hearing set for March 22, 2017 is hereby **CANCELLED** and will be reset upon the filing of the motion, if any.

**IT IS SO ORDERED.**

**DATED: January 31, 2017**

*Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**